**Jeffrey D. Austin**
Oregon State Bar No. 83 142
jeff.austin@millernash.com
**J. Michael Porter**
Oregon State Bar No. 00356
mike.porter@millemash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

        Attorneys for Defendants


                UNITED STATES DISTRICT COURT

                    DISTRICT OF OREGON


| | |
|---|---|
| **CARLSON MUSS** and **CARLA MUSS-JACOBS,** Individually and as Guardian Ad Litem of **CARLSON MUSS,** | Civil No. 6-02-O 1706-AA |
| Plaintiffs, | STIPULATED JUDGMENT OF DISMISSAL |
| v | |
| **BEAVERTON SCHOOL DISTRICT, MOLLY E. RAMBERG, ANNE COLLETTA, SHELLY KING, RANDY KAYFES, PAULA KINNEY,** and **JUDY CHOWN,** | |
| Defendants. | |

Page 1        Stipulated Judgment of Dismissal

PDXDOCS:137207 1.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 SW FIFTH AVENUE, PORTLAND, OREGON 97204.3699

1            Based upon the stipulation of the parties below, it is hereby:

2            ORDERED AND ADJUDGED that this case is dismissed with prejudice and

3  without costs or attorney fees to any party.

4            DATED this d _9_ y  o f _September_, 2003.

5

6                     _Ann Aiken_

7                   Ann   Aiken
                     United States District Court Judge

8

9  IT  IS  SO  STIPULATED:

10  MILLER NASH LLP               TONKON TORP LLP

11

12  Jeffrey D. Austin              Brian J. Posewitz
    OSB No. 83 142               OSB No. 91400

13  J. Michael Porter
    OSB No. 00356               On Behalf of ACLU Foundation of

14                        Oregon, Inc.
        Attorneys for Defendants      Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26
Page 2       Stipulated Judgment of Dismissal

PDXDOCS:1372971. 1

MILLERNASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) X24-5858
3500 U S BANCORP TOWER
1 1 1 S W FIFTH AVENUE, PORTLAND, OREGON 97204-3699

1   Submitted  by:

2
_____
3   Jeffrey D. Austin
    OSB No. 83 142
4   jeff. austin@millernash.com
    J. Michael Porter
5   OSB No. 00356
    mike.porter@millemash.com
6   MILLER  NASH  LLP
    3400 U.S. Bancorp Tower
7   111 S.W. Fifth Avenue
    Portland,  Oregon  97204-3699
8   Telephone:  (503)  224-5858
    Fax:  (503)  224-0155
9
          Attorneys  for  Defendants
10        Beaverton  Public  School  District  48J

11

12   099997\31123\530994 V001

13

14

15

16

17

18

19

20

21

22

23

24

25

26
Page 3            Stipulated  Judgment  of  Dismissal

MILLERNASH  LLP
ATTORNEYS AT LAW
TELEPHONE  (503)  224-5858
3500  U  S  BANCORP  TOWER
111 S  W  FIFTH  AVENUE, PORTLAND,  OREGON  97204-3699